UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 24-01448 |
|---|---|---|
| Keyonna T Conway | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Dismissing Case for Unreasonable Delay**

This matter coming before the Court on Trustee's Motion to Dismiss for Unreasonable Delay, the Court having heard the facts and the arguments of Counsel,

IT IS HEREBY ORDERED:

This case is dismissed.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated: May 01, 2024

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee

Marilyn O. Marshall

Suite 800

224 South Michigan Avenue

Chicago, IL 60604-2500

(312) 431-1300